IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MATOS, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al., | : | No. 10-4386 |
|     Respondents | : | |

## ORDER

**BERLE M. SCHILLER, J.**

AND NOW, this 28 day of Jan, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Objections Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.